**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 27, 2025
Docket #: 25-2539
Short Title: Murray v. Newrez LLC

DC Docket #: 1:24-cv-6160
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Allyne R. Ross

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8543.